<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGE BARRIOS,<br><br>　　Petitioner,<br><br>　　v.<br><br>PAMELA BONDI, *et al.*,<br><br>　　Respondents. | No. 25cv15122 (EP)<br><br>**ORDER** |

**PADIN, District Judge.**

　　This matter having come before the Court on Petitioner Jorge Barrios' Verified Habeas Corpus Petition, D.E. 1 ("Petition"), Respondents' Letter Answer to the Petition, D.E. 7, Petitioner's Letter Reply to Respondents' Answer ("Reply"), D.E. 10, and Respondents' Letter Sur-Reply, D.E. 13. The Court, having reviewed all pleadings, briefs, and supporting documents, and for the reasons set forth in the accompanying opinion,

　　**IT IS** on this **10th** day of November 2025,

　　**ORDERED** that the Petition, brought under 28 U.S.C. § 2241, D.E. 1, is **DISMISSED** *without prejudice* as **MOOT**; and it is further

　　**ORDERED** that the Clerk of the Court shall mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Evelyn Padin*
　　　　　　　　　　　　　　　　　　　　　　　Evelyn Padin, U.S.D.J.